**K&L GATES LLP**
10100 Santa Monica Blvd., 7th Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001

Matthew B. O'Hanlon (SBN 253648)
   matthew.ohanlon@klgates.com

**K&L GATES LLP**
State Street Financial Center
One Lincoln Street
Boston, Massachusetts 02111
Telephone: 617.261.3100
Facsimile: 617.261.3175

*pro hac vice* motions pending
R. Bruce Allensworth
   bruce.allensworth@klgates.com
Brian M. Forbes
   brian.m.forbes@klgates.com
Gregory N. Blase
   gregory.blase@klgates.com

Attorneys for Litton Loan Servicing LP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

| | |
|---|---|
| JOHN SINGH, an individual, as, <br><br> Plaintiff, <br><br> vs. <br><br> LITTON LOAN SERVICING LP a Texas Corporation; MERSCORP, INC, a Virginia Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a subsidiary of MERSCORP., Inc., a Delaware corporation; and DOES individuals 1-100, inclusive, and ROES corporations 1 to 30, inclusive, and all other persons and entities unknown claiming any right, title, estate, lien or interest in the real property described in the Complaint adverse to plaintiff's ownership, or any cloud upon plaintiff's title thereto, <br><br> Defendants. | Case No. 1:10-cv-01355-LJO-GSA <br><br> **NOTICE OF FILING NOTICE OF TAG-ALONG ACTION** |

Pursuant to Rule 5.12(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("Panel"), Defendant Litton Loan Servicing LP ("Litton") hereby notifies the Court that on July 29, 2010, Litton filed a Notice of Tag-Along Action ("Notice") with the Panel pursuant to Rule 7.5(e) of the Panel's Rules. In the Notice, Litton identified this case as a "potential tag-along action" and requested that this case be transferred to the United States District Court for the District of Arizona for consolidated pre-trial proceedings before the Honorable James A. Teilborg in the multidistrict litigation proceeding styled <u>In re Mortgage Electronic Registration Systems, Inc. Litigation</u>, Case No. 2:09-md-2119-JAT (D. Ariz.). In further compliance with Rule 5.12(c) of the Panel's Rules, a copy of the Notice (with Exhibits A and B) is attached hereto as <u>Exhibit 1</u>.

                Respectfully submitted,

                K&L GATES LLP

Dated: July 29, 2010     By:   /s/ *Matthew B. O'Hanlon*
                                      Matthew B. O'Hanlon
                                      Attorneys for Litton Loan Servicing LP

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is K&L GATES LLP, 10100 Santa Monica Boulevard, Seventh Floor, Los Angeles, California 90067.

On July 29, 2010, I served the foregoing document(s):

**NOTICE OF FILING NOTICE OF TAG-ALONG ACTION**

on the interested parties in this action through the Court's ECF system to the registered participants as identified on the Notice of Electronic Filing, and by placing a true copy thereof enclosed in sealed envelope(s) addressed and sent as follows:

John Singh
2777 North Western Avenue
Fresno, California 93722

☒ **BY MAIL:** I caused such envelope(s) to be deposited in the mail at Los Angeles, California with postage thereon fully prepaid to the office of the addressee(s) as indicated above. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day, with postage fully prepaid, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☒ **FEDERAL**: I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on July 29, 2010, at Los Angeles, California.

/s/ *Matthew B. O'Hanlon*
Matthew B. O'Hanlon