A CERTIFIED TRUE COPY
ATTEST

By Darion Payne on Aug 31, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Aug 16, 2010

FILED
CLERK'S OFFICE

IN RE: MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS (MERS) LITIGATION

MDL No. 2119

(SEE ATTACHED SCHEDULE)

X FILED  __ LODGED
__ RECEIVED  __ COPY

AUG 3 1 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
_____ DEPUTY

CONDITIONAL TRANSFER ORDER (CTO-8)
AND SIMULTANEOUS SEPARATION AND REMAND OF CERTAIN CLAIMS

On December 7, 2009, the Panel transferred five civil actions to the United States District Court for the District of Arizona for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 659 F.Supp.2d 1368 (J.P.M.L. 2009). Since that time, 72 additional actions have been transferred to the District of Arizona. With the consent of that court, all such actions have been assigned to the Honorable James A. Teilborg.

It appears that the actions on this conditional transfer order comprise claims relating to: (1) the formation and/or operation of the Mortgage Electronic Registration Systems (MERS), which involve questions of fact that are common to the previously transferred MDL No. 2119 actions; and (2) claims that are not so related.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Arizona for the reasons stated in the order of December 7, 2009, and, with the consent of that court, assigned to the Honorable James A. Teilborg.

All claims in these actions that are unrelated to the formation and/or operation of the MERS system are separated and simultaneously remanded, under 20 USC 1407, to their respective districts.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Arizona. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Aug 31, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby attest and certify on 8·31·10
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy

IN RE: MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS (MERS) LITIGATION                                    MDL No. 2119

## SCHEDULE CTO-8 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA EASTERN** | |
| CAE 1 10-1355 | John Singh v. Litton Loan Servicing, LP, et al. |
| **NEVADA** | |
| NV 3 10-331 | Raymond G. Harnist v. Colonial Bank NA, et al. |
| NV 3 10-334 | Maria Vega v. Sierra Pacific Mortgage Co., Inc., et al. |