# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SINGH, | CASE NO. CV F 10-1355 LJO GSA |
| Plaintiff, | **NOTICE OF INTENT TO CLOSE ACTION** |
| vs. | |
| LITTON LOAN SERVING LP, et al., | |
| Defendants. | |

Given the inactivity in this action, this Court will close this action, unless no later than March 14, 2012, papers are filed and served showing good cause not to close this action.

IT IS SO ORDERED.

**Dated:    March 5, 2012**                                /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE

1