IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SINGH, | CASE NO. CV F 10-1355 LJO GSA |
| Plaintiff, | **ORDER TO CLOSE ACTION** |
| vs. | |
| LITTON LOAN SERVICING, LP, et al. | |
| Defendants. | |

Given the absence of further matters before this Court and failure to respond to this Court's notice of intent to close action, this Court DIRECTS the clerk to close this action administratively.

IT IS SO ORDERED.

Dated:   March 14, 2012                       /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE

1